IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

ERVIN WADE EASTER, JR.                                              PLAINTIFF

v.                          Case No. 1:25-cv-1003

SHERIFF LEROY MARTIN;
JERRY MANESS; PARNAL VANN; and
JAIL ADMINISTRATOR GEAN SIEGER                                     DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 14. Judge Bryant recommends that this case be dismissed without prejudice, pursuant to 28 U.S.C. § 1915A(b), for failure to state a claim upon which relief may be granted. Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts the Report and Recommendation *in toto*. Accordingly, this case is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 13th day of May, 2025.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge